**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-25652-RAR**

**CARLOS LACRUZ ARELLANO,**

Plaintiff,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Defendants.
_______________________________________/

# ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, [ECF No. 22], filed on June 1, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** ***without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of June, 2026.

_______________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**